IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

AMANDA SCHNEIKER,

    Plaintiff,

vs.

                        Case No.: 2:22-cv-01400

COMMUNICATIONS ENGINEERING COMPANY,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED between the parties through their respective counsel, that this action be dismissed in its entirety, with prejudice, without costs or fees, and without further notice or hearing.

Dated this 23rd day of September, 2025.

                        SBR LAW GROUP LLC

                        *s/Michael D. Huitink*
                        Michael D. Huitink
                        State Bar No. 1034742
                        Stephanie Hanold Anacker
                        State Bar No. 1051845
                        *Attorneys for Defendant, Communications Engineering Company*

**CONTACT INFORMATION:**
675 North Barker Road, Suite 300
Brookfield, Wisconsin 53045
Phone: (262) 513-3315
Fax:    (262) 513-3318
Email: mhuitink@sbrlaw.us
Email: sanacker@sbrlaw.us

Dated this 23rd day of September, 2025.

        Reinhart Boerner Van Deuren s.c.
        *Attorney for Plaintiff, Amanda Schneiker*

        *s/Michael J. Gentry*
        Michael J. Gentry
        State Bar No. 1091204

**CONTACT INFORMATION:**
1000 North Water Street
Suite 1700
Milwaukee, WI 53202-3186
Phone: (414) 298-1000
Fax:    (414) 298-8097
Email: mgentry@reinhartlaw.com